```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  MICHAEL D. ANDERSON
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California  95814
 4  Telephone: (916) 554-2755
 5
 6
 7
 8            IN THE UNITED STATES DISTRICT COURT FOR THE
 9                  EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,    )
                                 )  CASE NO. 2:08-MJ-261 GGH
12            Plaintiff,         )
                                 )  STIPULATION AND ORDER TO
13                               )  EXTEND TIME FOR PRELIMINARY
        v.                       )  EXAMINATION AND EXCLUDE TIME
14                               )
    OLIVER A. CHAPMAN, III,      )
15                               )
              Defendant.         )
16  _____)
17
```

18      The parties agree that time beginning August 26, 2011, and
19 extending through September 23, 2011, should be excluded from the
20 calculation of time under the Speedy Trial Act.  Further, the
21 Defendant consents to an extension of the time for preliminary
22 examination until September 23, 2011.  Fed. R. Crim. P. 5.1(d).
23 The parties submit that the ends of justice are served by the
24 Court excluding such time that they may have reasonable time
25 necessary for effective preparation, taking into account the
26 exercise of due diligence.  18 U.S.C. § 3161(h)(7)(B)(iv).  In
27 particular, the additional time is required so that the
28 government and Defendant may analyze the government's proposed

resolution in light of the evidence in the case. This request is also based in part on the need for the parties to review calculations related to loss and to complete the investigation of relatively recently discovered information. The parties submit that this interest of justice outweighs the interest of the public and the Defendant in a speedy filing of an indictment or information, in accordance with Title 18, United States Code, § 3161(b) and (h)(7)(A), and further that this good cause outweighs the public's interest in the prompt disposition of criminal cases, in accordance with Fed. R. Crim. P. 5.1(d).

Respectfully Submitted,

BENJAMIN B. WAGNER
United States Attorney

DATED: August 25, 2011     By:   */s/ Michael D. Anderson*
MICHAEL D. ANDERSON
Assistant U.S. Attorney

DATED: August 25, 2011     By:   */s/Donald Dorfman*
DONALD DORFMAN
Attorney for the Defendant

O R D E R

IT IS SO ORDERED

Date: August 25, 2011.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2